MATTHIESEN, WICKERT & LEHRER, S.C.
ATTORNEYS AT LAW

1037 North Astor Street
Milwaukee, WI 53202

(800) 637-9176
(262) 673-3766
www.mwl-law.com

July 28, 2026

VIA ELECTRONIC FILING
**Honorable William E. Duffin**
US District Court Eastern District
517 E Wisconsin Ave # 296
Milwaukee, WI 53202-4504

RE: Leffler et al v. Milwaukee Board of School Directors et al
Eastern District Case Number 2:25-cv-00822-WED

Dear Judge Duffin:

Falk Legal Group has been acquired by Matthiesen, Wickert & Lehrer. As such, we enclose an amended Notice of Appearance reflecting the firm name and contact information changes. Please contact our office with any questions. Thank you.

Sincerely,

**MATTHIESEN, WICKERT & LEHRER**

Matthew R. Falk
mfalk@mwl-law.com

cc: (Via Electronic Filing)
All Counsel of Record