October 6, 2026

**VIA EFILING**
The Honorable William E. Duffin
U.S. Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

**RE:** ***Leffler, Ethan v. Milwaukee Board of School Directors, et al..***
Case No. 2:125-CV-00822-WED

Dear Judge Duffin:

I represent the plaintiff in the above-referenced case. I write to the Court to ask for Your Honor to schedule a status conference as soon as possible.

On September 21, 2026, I sent a letter (Exhibit A) to defense counsel setting deposition dates and asking for responses to discovery. In response, on September 24, 2026, I received an email from counsel for the defendant that "effective today" the Milwaukee City Attorney's office was no longer representing MPS. Attorney Miller advised they expected to file the withdrawal notice "shortly." To date, no notice has been filed with Your Honor. I have continued to follow up with counsel as to representation and the upcoming depositions. The responses provided no clarity as to representation or who I could speak with regarding the depositions. Then today, I received an email advising that the City Attorney's office is not available for the depositions, which confounds the issue as to whether they continue to represent MPS. As Your Honor is aware, I cannot ethically contact MPS directly to confirm their representation or the deposition dates. Enclosed as Exhibit B is the email chain between myself and defense counsel (please read from the bottom up).

This delay by defense counsel and/or MPS is inappropriate and unprofessional. In order to proceed forward, I need to speak with the attorney for MPS, schedule depositions, and obtain discovery, all of which is impossible to do without clarity as to who is representing MPS. My expert witness disclosures are rapidly approaching on October 13, 2026, but I cannot name expert witnesses without more information from MPS. I cannot discuss amending deadlines with counsel who is no longer representing MPS.

Based on the foregoing, I respectfully request that Your Honor immediately schedule this matter for a status conference to ascertain representation of MPS so that this matter can proceed forward. Thank you in advance for your consideration of this request.

Respectfully yours,

**Warshafsky, Rotter, Tarnoff & Bloch, S.C.**

/s/ Krista G. LaFave
kristal@warshafsky.com

WARSHAFSKY
PERSONAL INJURY LAWYERS

September 21, 2026

**VIA EMAIL**
Ms. Stacy Miller
Mr. Kevin Todt
200 E. Wells Street, Room 800
Milwaukee, WI 53202

**Re:** ***Leffler, Ethan v. MPS, et al.***

Dear Counsel:

On June 1, 2026, I requested many depositions in his matter. Despite my repeated follow-up attempts, you have failed to provide any dates. Therefore, enclosed please find notices of deposition for October 9, 2026 for various individuals you have previously named as individuals with information in this matter.

On June 1, I also requested the identity of the 3 students involved in the incident. You have failed to respond or provide this information. Please immediately provide the names and contact information.

Further, I have requested the unredacted videos of the incident. You have failed to respond. Please advise if you are objecting to providing this.

Last, you have failed to supplement your responses to the second set of requests for production of documents. Please provide these by the end of this month.

If you fail to respond to these requests, I will contact you to attempt a meet and confer in conformance with Civil L.R. 37, and, failing that, will be filing a motion with the court.

Very truly yours,

**WARSHAFSKY, ROTTER, TARNOFF & BLOCH, S.C.**

/s/Krista LaFave
kristal@warshafsky.com

PLAINTIFF'S
EXHIBIT
A

warshafsky.com | 414.276.4970
839 N. Jefferson St. Suite 300, Milwaukee, WI 53202

Outlook

## RE: Leffler v. MBSD - correspondence and NOD

**From** Miller, Stacy <smiller@milwaukee.gov>
**Date** Tue 10/6/2026 1:57 PM
**To** LaFave, Krista G. <kristal@warshafsky.com>; Todt, Kevin <ktodt@milwaukee.gov>
**Cc** Stephanie Laurich <stephaniel@warshafsky.com>; mfalk@mwl-law.com <mfalk@mwl-law.com>; Johnson, Latangelia <lajohn@milwaukee.gov>

Good afternoon,

As Kevin and I remain counsel, I did inform you on 9/25/26 that I would have to reschedule the 10/9 depos.

Please provide additional dates you are available this month.

Thank you,

*Stacy J. Miller*
**Stacy J. Miller** | Assistant City Attorney – Litigation Section | Office of the City Attorney | City of Milwaukee
Direct Dial 414-286-2628 | Main: 414-286-2601 | Fax: 414-286-8550 | E-mail: smiller@milwaukee.gov

---

**From:** LaFave, Krista G. <kristal@warshafsky.com>
**Sent:** Tuesday, October 6, 2026 10:17 AM
**To:** Miller, Stacy <smiller@milwaukee.gov>; Todt, Kevin <ktodt@milwaukee.gov>
**Cc:** Stephanie Laurich <stephaniel@warshafsky.com>; mfalk@mwl-law.com; Johnson, Latangelia <lajohn@milwaukee.gov>
**Subject:** Re: Leffler v. MBSD - correspondence and NOD

Stacy,

You remain counsel of record in this matter.

Depositions are scheduled for Friday. Will the witnesses be appearing?

Please also advise on very overdue discovery responses. Thank you.

Sincerely,
Krista

**Krista G. LaFave**
Attorney
*Warshafsky, Rotter, Tarnoff & Bloch, S.C.*
414-276-4970
Krista@warshafsky.com

PLAINTIFF'S EXHIBIT
B

---

**From:** Miller, Stacy <smiller@milwaukee.gov>
**Sent:** Monday, October 5, 2026 11:16 AM

**To:** LaFave, Krista G. <kristal@warshafsky.com>; Todt, Kevin <ktodt@milwaukee.gov>
**Cc:** Stephanie Laurich <stephaniel@warshafsky.com>; mfalk@mwl-law.com <mfalk@mwl-law.com>; Johnson, Latangelia <lajohn@milwaukee.gov>
**Subject:** RE: Leffler v. MBSD - correspondence and NOD

Good morning,

I reached out to MPS' Risk Manager and I am awaiting to hear back on the name of the new counsel retained.

Thank you for your patience and understanding.

*Stacy J. Miller*
**Stacy J. Miller**| Assistant City Attorney – Litigation Section |Office of the City Attorney | City of Milwaukee
Direct Dial 414-286-2628 | Main: 414-286-2601 | Fax: 414-286-8550 | E-mail: smiller@milwaukee.gov

---

**From:** LaFave, Krista G. <kristal@warshafsky.com>
**Sent:** Tuesday, September 29, 2026 1:48 PM
**To:** Miller, Stacy <smiller@milwaukee.gov>; Todt, Kevin <ktodt@milwaukee.gov>
**Cc:** Stephanie Laurich <stephaniel@warshafsky.com>; mfalk@mwl-law.com; Johnson, Latangelia <lajohn@milwaukee.gov>
**Subject:** Re: Leffler v. MBSD - correspondence and NOD

Stacy and Kevin,

Please advise on the status of alternate counsel for MPS. Will you be filing a motion to withdraw with the Court?

Please advise if I can contact MPS directly if you are no longer representing them. I need to confirm the depositions are continuing on October 9, as well as filing a motion to extend the deadline for naming witnesses.

Sincerely,
Krista

**Krista G. LaFave**
Attorney
*Warshafsky, Rotter, Tarnoff & Bloch, S.C.*
414-276-4970
Krista@warshafsky.com

---

**From:** Miller, Stacy <smiller@milwaukee.gov>
**Sent:** Friday, September 25, 2026 7:07 AM
**To:** LaFave, Krista G. <kristal@warshafsky.com>; Todt, Kevin <ktodt@milwaukee.gov>
**Cc:** Stephanie Laurich <stephaniel@warshafsky.com>; mfalk@mwl-law.com <mfalk@mwl-law.com>; Johnson, Latangelia <lajohn@milwaukee.gov>
**Subject:** RE: Leffler v. MBSD - correspondence and NOD

Good Morning,

The Superintendent was sent all NOD's.

Kevin and I have depos scheduled that day already so if a NOA is not entered before that, we do need to reschedule.

Thank you,

*Stacy J. Miller*

**Stacy J. Miller**| Assistant City Attorney – Litigation Section |Office of the City Attorney | City of Milwaukee
Direct Dial 414-286-2628 | Main: 414-286-2601 | Fax: 414-286-8550 | E-mail: smiller@milwaukee.gov

---

**From:** LaFave, Krista G. <kristal@warshafsky.com>
**Sent:** Thursday, September 24, 2026 4:01 PM
**To:** Miller, Stacy <smiller@milwaukee.gov>; Todt, Kevin <ktodt@milwaukee.gov>
**Cc:** Stephanie Laurich <stephaniel@warshafsky.com>; mfalk@mwl-law.com
**Subject:** Re: Leffler v. MBSD - correspondence and NOD

I anticipate you sent the NOD to someone at MPS, and until the Court grants your motion to withdraw, you continue to represent them. Please advise who I can speak with at MPS about this matter.

Sincerely,
Krista

**Krista G. LaFave**
Attorney
*Warshafsky, Rotter, Tarnoff & Bloch, S.C.*
414-276-4970
Krista@warshafsky.com

---

**From:** Miller, Stacy <smiller@milwaukee.gov>
**Sent:** Thursday, September 24, 2026 8:40 AM
**To:** LaFave, Krista G. <kristal@warshafsky.com>; Todt, Kevin <ktodt@milwaukee.gov>
**Cc:** Stephanie Laurich <stephaniel@warshafsky.com>; mfalk@mwl-law.com <mfalk@mwl-law.com>
**Subject:** Re: Leffler v. MBSD - correspondence and NOD

If I receive the information I will forward it to you. Otherwise I am sure a NOA will be filed with the Court when counsel is retained.

Stacy

---

**From:** LaFave, Krista G. <kristal@warshafsky.com>
**Sent:** Thursday, September 24, 2026 7:59 AM
**To:** Miller, Stacy <smiller@milwaukee.gov>; Todt, Kevin <ktodt@milwaukee.gov>
**Cc:** Stephanie Laurich <stephaniel@warshafsky.com>; mfalk@mwl-law.com <mfalk@mwl-law.com>
**Subject:** Re: Leffler v. MBSD - correspondence and NOD

Stacy,

Thank you for letting us know. Please provide the contact information for new counsel. Thank you.

Sincerely,
Krista

**Krista G. LaFave**
Attorney
*Warshafsky, Rotter, Tarnoff & Bloch, S.C.*
414-276-4970

Krista@warshafsky.com

---

**From:** Miller, Stacy <smiller@milwaukee.gov>
**Sent:** Wednesday, September 23, 2026 11:07 AM
**To:** LaFave, Krista G. <kristal@warshafsky.com>; Todt, Kevin <ktodt@milwaukee.gov>
**Cc:** Stephanie Laurich <stephaniel@warshafsky.com>; mfalk@mwl-law.com <mfalk@mwl-law.com>
**Subject:** RE: Leffler v. MBSD - correspondence and NOD

Good morning,

My apologies for the late response. Effective today, the City Attorney will be transferring all MPS litigation to MPS. (Including this case)

The NOD's will be sent to MPS today.

It was a pleasure working with you and I expect we will be filing our withdrawal shortly.

Thank you,

*Stacy J. Miller*

**Stacy J. Miller**| Assistant City Attorney – Litigation Section |Office of the City Attorney | City of Milwaukee
Direct Dial 414-286-2628 | Main: 414-286-2601 | Fax: 414-286-8550 | E-mail: smiller@milwaukee.gov

---

**From:** LaFave, Krista G. <kristal@warshafsky.com>
**Sent:** Monday, September 21, 2026 3:35 PM
**To:** Miller, Stacy <smiller@milwaukee.gov>; Todt, Kevin <ktodt@milwaukee.gov>
**Cc:** Stephanie Laurich <stephaniel@warshafsky.com>; mfalk@mwl-law.com
**Subject:** Leffler v. MBSD - correspondence and NOD

Counsel - see attached.

Sincerely,
Krista

Krista G. LaFave, Attorney | Warshafsky, Rotter, Tarnoff & Bloch, S.C.
839 North Jefferson Street, Suite 300, Milwaukee, WI 53202
Phone: (414) 276-4970 | Fax: (414) 276-5533
Email: kristal@warshafsky.com | Website: www.warshafsky.com

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 USC 2510-2521, and may also be protected by attorney-client and/or the attorney work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person receiving this email or any other reader of the email is not the named recipient or the employee or agent responsible to deliver it to the named recipient, then any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this e-mail in error, please notify Warshafsky immediately by returning it to the sender and delete all copies from your system.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying,