**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**ETHAN LEFFLER, ET AL.**

**Plaintiffs,**

**v.** **Case No. 25-cv-822**

**MILWAUKEE BOARD OF SCHOOL DIRECTORS, ET AL.,**

**Defendants.**

---

## COURT MINUTES OF TELEPHONIC STATUS CONFERENCE

---

## HONORABLE WILLIAM E. DUFFIN PRESIDING

DATE: October 8, 2026, at 9:00 a.m.

DEPUTY CLERK: Alex V.

TIME COMMENCED: 9:00 a.m.

TIME CONCLUDED: 9:08 a.m.

TAPE/COURT REPORTER: Zoom Audio

APPEARANCES:

PLAINTIFFS – Krista LaFave

INVOLUNTARY PLAINTIFF – Matthew Robert Falk (no appearance)

DEFENDANTS – Stacy Miller

COMMENTS:

The Court inquired with the defendant regarding the status of the firm's representation of the defendants. Attorney Miller indicated that a new firm will be assigned by Monday, with a notice of appearance to follow thereafter. When the new attorney appears, Attorney Miller's firm will withdraw and another telephonic status conference will be held to discuss setting new dates.